32

GOODREAL, INC., PLAINTIFF-PETITIONER, v. TOWNSHIP OF WASHINGTON, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Mr. Frank J. Cuccio* for the respondents.

June 30, 1961. Denied.

MARY GUACLIDES, PLAINTIFF-PETITIONER, v. FRANK F. KRUSE, JR., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 67 *N. J. Super.* 348.

*Mr. William V. Breslin* for the petitioner.

*Mr. David L. Maltz* and *Messrs. Hofstra & Hofstra* for the respondents.

June 30, 1961. Denied.